# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| ROBERT GENE BAILEY,<br>　　　　　Plaintiff,<br><br>v.<br><br><br>CITY OF FAYETTEVILLE, N.C., WILLIAM C.<br>TOMAN, JR., R.M. ASHLEY, K.D. MACKEY,<br>RON SMITH, UNKNOWN FEMALE OFFICER,<br>P.J. GRAHAM, C.C. BLAKE, JOSEPH<br>GARDNER, and ELOISE BUTLER FULLER,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:13-CV-156-D** |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that this case is DISMISSED  pursuant to 28 U.S.C. § 1915(g).  IT IS ALSO ORDERED that a pre-filing injunction is entered against the Plaintiff, and the Clerk shall return to Plaintiff, unfiled, any new civil action which:

1.　Names any of the following as a defendant, regardless of any other defendants named: R.M. Ashley, C.C. Blake, Joseph Gardner, P.J. Graham, K.D. Mackey, North Carolina Department of Motor Vehicles, North Carolina Division of Motor Vehicles, Ron Smith, Bill Toman, William C. Toman, Jr., or Unknown Female Officer; or

2.　Contains any allegation of the illegal taking and holding of titles, vehicles, files, cash, jewelry, home files, pool files, or bath files; or

3.　Fails to contain a statement on a separate page from the complaint that makes specific, clear factual allegations showing a possibility that Bailey is in imminent danger of serious physical injury pursuant to 28 U.S.C. § 1915(g).

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **AUGUST 19, 2013** WITH A COPY  TO:

Robert Gene Bailey, Pro Se (Via USPS to (0014848) Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)


| | |
|---|---|
| August 19, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| Raleigh, North Carolina | /s/ Debby Sawyer |
| | (By) Deputy Clerk |